IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00298-PSF-MEH

SHELLEY DAVIS,

    Plaintiff,

v.

SWIFT TRANSPORTATION CORPORATION, a Nevada corporation; and
JEFF JENSEN, an individual,

    Defendants.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, on September 20, 2006.**

For good cause shown, and in light of the recent service of process upon and Answer by Defendant Jeff Jensen in this action, the Unopposed Motion to Vacate Settlement Conference and Modify Case Management Order [Filed September 19, 2006; Docket #18] is **granted**.

The Settlement Conference currently scheduled for Thursday, September 21, 2006, at 10:00 a.m., is hereby **converted** to a status conference at which the Court will discuss with the parties the modification of the Scheduling Order which currently governs the case management deadlines in this action.

Finally, the parties or counsel attending the conference should be prepared to informally discuss settlement of the case. There is no requirement to submit confidential settlement documents/letters to the Court beforehand or to have parties present who shall have full authority to negotiate all terms and demands presented by the case.

Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification. See D.C.COLO.LCivR 83.2B.