IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00298-PSF-MEH

SHELLEY DAVIS,

    Plaintiff,

v.

SWIFT TRANSPORTATION CORPORATION, a Nevada corporation; and
JEFF JENSEN, an individual,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    The Court, having reviewed the parties' Stipulation To Dismiss With Prejudice (Dkt. # 29), hereby GRANTS the stipulation. The above-captioned action is DISMISSED WITH PREJUDICE in its entirety, each party to pay his, her or its own attorneys' fees and costs.

    DATED: January 8, 2007